

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ERNESTO GARCIA,       §      No. 08-15-00101-CV

     Appellant,     §       Appeal from the

v.             §       65th District Court

GEORGINA  GARCIA,     §      of El Paso County, Texas

     Appellee.     §      (TC# 2011-DCM00214)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 30, 2015**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 30, 2015.

IT IS SO ORDERED this 5th day of October, 2015.


               PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.